AO 257 (Rev. 6/78)

CR-07-661-WDB

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 USC Section 641 - Theft of Government Property and Money (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
1 year imprisonment, $100,000 fine, $25 special assessment, 1 year of supervised release

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ Patricia Franklin

DISTRICT COURT NUMBER

CR07-00661 WDB

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Maureen Bessette

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
2007 OCT 18 PM 3:52
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA FRANKLIN,<br><br>Defendant. | No. CR07-0 661 WDB<br><br>VIOLATION: Title 18, United States Code, Section 641- Theft of Government Funds (Class A Misdemeanor)<br><br>OAKLAND VENUE |

## INFORMATION

The United States Attorney charges:

On or about and between September 10, 2005 and October 2005, in the Northern District of California, the defendant,

PATRICIA FRANKLIN,

did knowingly embezzle, steal, purloin, and knowingly convert to her use and the use of another money belonging to the United States and a department and agency thereof, namely, Federal Emergency Management Agency disaster relief funds intended for victims of Hurricane Katrina, and did receive, conceal, and retain such money with the intent to convert it to her gain, knowing

///

1 | it to have been embezzled, stolen, purloined, and converted, all in violation of Title 18, United
2 | States Code, Section 641, a Class A misdemeanor.

4 | DATED: October 18, 2007

SCOTT SCHOOLS
United States Attorney

*/s/ DOUG SPRAGUE*
DOUG SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

(Approved as to form: */s/ Maureen Bessette* )
MAUREEN BESSETTE
Assistant United States Attorney

INFORMATION