SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN BESSETTE (NYSBN 2468254)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Telefax:   (510) 637-3724
E-Mail:    maureen.bessette@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-00661 WDB |
| Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| PATRICIA FRANKLIN, ) | |
| Defendant. ) | |

Based on the facts set forth in the Declaration of Chan Grewal in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Patricia Franklin, 3150 High Street, Apt. #8, Oakland, CA, 94619. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: 11/13/07

MAUREEN BESSETTE
Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 07-00661 WDB

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN BESSETTE (NYSBN 2468254)
Assistant United States Attorney

CHAN GREWAL
Law Clerk

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Telefax:    (510) 637-3724
E-Mail:    maureen.bessette@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 07-00661 WDB |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF CHAN GREWAL IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| PATRICIA FRANKLIN, | |
| Defendant. | |

I, Chan Grewal, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from agents employed by the United States Department of Homeland Security, Office of the Inspector General, Investigations Division.

2. On August 25, 2005 Hurricane Katrina hit the United States.

3. On or about September 23, 2005, Patricia Franklin contacted Federal Emergency Management Agency (FEMA) via telephone and applied for Hurricane Katrina disaster assistance by stating that 1) her primary residence was 2920 Sugarloft Road, Harvey, LA, 70058;

2) her home and personal property was damaged by the disaster; 3) access to her home was restricted due to a mandatory evacuation after the disaster.

4. On September 24, 2005, FEMA issued Franklin a $2,000 U.S. Treasury Check. Franklin received the check at an Oakland address and cashed it as proven by a copy of the endorsed check.

5. On September 10, 2005, Franklin filled out a Client Lodging Request form with the American Red Cross (ARC). The form requested lodging for a two week period from September 10, 2005 to September 23, 2005. Franklin was put into the Jack London Inn in Oakland, CA. The cost of the hotel rooms was reimbursed by FEMA.

6. On September 22, 2005, Franklin again filled out a Client Lodging Request form with the ARC. The form requested lodging for another two week period. Franklin was again put into the Jack London Inn in Oakland, CA. The cost of the hotel rooms was reimbursed by FEMA.7. On February 26, 2007, Special Agents Troy Andrade and Zurvohn Maloof of the U.S. Department of Homeland Security (DHS OIG) interviewed Franklin regarding allegations that Franklin obtained FEMA and ARC funds by posing as a Hurricane Katrina victim. Prior to the interview, the Agents fully identified themselves as agents with the DHS OIG. The interview was conducted at Franklin's current residence at 3150 High Street, Apt. #8, Oakland, CA. Franklin voluntarily provided a sworn statement.

8. Franklin stated that she never lived at 2920 Sugarloft Road, Harvey, LA 70058, or at any address in the New Orleans, LA area and that she has never lived outside the State of California. She further stated that she was in no way affected by Hurricane Katrina and was not entitled to any money from FEMA or ARC. She heard that she could get free money if she applied for Hurricane Katrina assistance so she went to the Eastmont Mall in Oakland, CA and applied for Katrina assistance with the ARC. She received a debit card and lodging. Franklin also admitted to receiving a $2,000.00 check from FEMA in the mail. She cashed the check at the Foodvale Market in Oakland, CA. She stated she used the money from ARC and FEMA for food, clothing and rent. Franklin stated that she knew fraudulently applying for and receiving FEMA and ARC assistance was wrong however she could not pass up getting free money. She stated she was

Case No. CR 07-00661 WDB

1 | sorry for what she did and was willing to pay back the money to FEMA and ARC.

2 |     9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed November 13, 2007, in Oakland, California.

DATED: 11/13/07

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
CHAN GREWAL
Law Clerk

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-00661 WDB                     -3-

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-00661 WDB |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER FOR SUMMONS** |
| PATRICIA FRANKLIN, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Chan Grewal, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Patricia Franklin, 3150 High Street, Apt. #8, Oakland, CA, 94619, to appear on November 27, 2007 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____          _____
                                WAYNE D. BRAZIL
                                United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-00661 WDB