SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN BESSETTE (NYSBN 2468254)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Telefax:   (510) 637-3724
   E-Mail:   maureen.bessette@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-00661 WDB |
|     Plaintiff, ) | |
| v. ) | **MOTION TO WITHDRAW SUMMONS** |
| PATRICIA FRANKLIN, ) | |
|     Defendant. ) | |

    The defendant, Patricia Franklin ("Franklin") is charged with a violation of 18 U.S.C. § 641 - Theft of Government Property. Franklin was scheduled to appear in Court on Tuesday, November 20, 2007 in Oakland, California. Franklin did not appear in Court that morning.

    The United States then made a motion for a summons on November 13, 2007 asking the Court to order Franklin to appear on November 27, 2007. This motion is currently pending.

    On November 15, 2007, the United States learned from the Court Clerk that Franklin appeared at the courthouse that morning and had been confused about the date of her initial appearance. The United States agreed to re-schedule Franklin and submitted a letter to the Court requesting that the matter be put on the calendar for November 27, 2007.

    The United States has informed Franklin of the upcoming court date and respectfully requests
///

MOTION FOR SUMMONS
Case No. CR 07-00661 WDB

to withdraw the summons.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: 11/21/07

_____
MAUREEN BESSETTE
Assistant United States Attorney