| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 26 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 2/6/08 | 9:03:42-0:04:04<br>9:20:40-9:22:49<br>9:58:10-10:14:20 |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>2/6/08 | NEW CASE ☐ | CASE NUMBER<br>CR-07-00661-WDB |

### APPEARANCES

| DEFENDANT<br>PATRICIA FRANKLIN | AGE<br>56 | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joyce Leavitt | PD. ☒  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Arnold Skretta and Maureen Bessette | | INTERPRETER<br>None | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☒ JUGM'T & SENTG<br>6 Mins HELD | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☒ CHANGE PLEA<br>20 Mins HELD | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**FILED**
**FEB 6 – 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED<br>DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☒ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☒ PRESENTENCE REPORT ORDERED ~~WAIVED BY THE DEFT.~~ | ☐ CHANGE OF PLEA | ☒ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The Court adopted for the most part the sentencing recommendation of both the govt's and deft's atty. as set forth in the plea agreement. JUDGMENT: The defendant is sentenced to 2 yrs. probation with the following spec. conditions: 1. The deft. must pay $4,110.00 restitution to FEMA; 2. The deft. must pay $1,000.00 fine to the U.S.; 3. The deft. must pay $25.00 spec. assessment to the U.S. by 3/5/08. Deft's drug testing condition is WAIVED.
SEE JUDGMENT FOR MORE PARTICULARS.       DOCUMENT NUMBER:
cc: WDB's Stats, Probation