05/19/2008 01:54 PM EST

Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

**Oakland**

Case No. DCAN407CR000661   US VS FRANKLIN

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | PATRICIA FRANKLIN | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002148 | 1 | PR | 25.00 | 05/05/2008 |
| 001 | PATRICIA FRANKLIN | 6855XX | VICTIM RESTITUTION | 4,110.00 | 4,080.00 | CT 44611002148 | 2 | PR | 30.00 | 05/05/2008 |

Division Payment Total    55.00

Grand Total    55.00

$ 25.00   SPECIAL ASSESSMENT
PAID IN FULL.    m  5/5/08



FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Page 1 of 1