United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 07-00661-01 MAG |
| PATRICIA FRANKLIN | ) | |

The court takes judicial notice with no further action regarding the Petition for Arrest Warrant for Offender Under Supervision filed with the court on August 24, 2009, and orders the offender's term of probation terminated forthwith.

ON MOTION OF THE COURT,

Date: 3/31/10

Laurel Beeler
United States Magistrate Judge